IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DAMASO JOSE HERRERA,            )
                                )
            Plaintiff,          )
                                )
     v.                         )      1:22-cv-333
                                )
KILOLO KIJAKAZI,                )
Acting Commissioner of          )
Social Security,                )
                                )
            Defendant.          )
```

## ORDER

On August 30, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 15, 16.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 10), is **GRANTED,** Defendant's Motion for Judgment on the Pleadings, (Doc. 13), is **DENIED,** that the Commissioner's decision finding no disability is **REVERSED,** and that this matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner is directed to remand the matter to the

Administrative Law Judge for further consideration of Plaintiff's claim in light of this recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 18th day of September, 2023.

_____
United States District Judge